# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-00186-PMP-GWF |
| vs. | ) | **ORDER** |
| POWER COMPANY, INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO, | ) | |
| Defendants. | ) | |

Having read and considered Defendant Fredrick Rizzolo's Emergency Motion to Stay Surrender to Designated Correctional Facility Pending Appeal of Revocation of Supervised Release (Doc. #471/#472), and the United States' Response (Doc. #474),

IT IS ORDERED that Defendant Fredrick Rizzolo's Emergency Motion to Stay Surrender to Designated Correctional Facility Pending Appeal of Revocation of Supervised Release (Doc. #471/#472) is hereby DENIED.

DATED: September 12, 2011

_____
PHILIP M. PRO
United States District Judge