HUNTERTON & ASSOCIATES
C. STANLEY HUNTERTON, ESQ. (1891)
333 S. Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Facsimile: (702) 388-0361
       and
CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
PHILIP R. ERWIN, ESQ. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

Attorneys for Interested Parties
Kirk and Amy Henry

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00186-PMP-PAL |
| Plaintiffs, | |
| vs. | **ORDER DIRECTING THE TRANSFER OF FUNDS BEING HELD FOR AND DUE TO LIONS LIMITED PARTNERSHIP** |
| POWER COMPANY INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO | |
| Defendants. | |

This matter having come on for hearing before the Honorable Judge Philip M. Pro on the 20th day of July, 2011, on the Petition of the United States Government to Revoke Defendant Rick Rizzolo's Supervised Release; Interested Parties Kirk and Amy Henry appearing by and through their attorneys of record, Donald J. Campbell, Esq. and Philip R. Erwin, Esq. of the law firm Campbell & Williams, and C. Stanley Hunterton, Esq. of the law firm Hunterton & Associates; Defendants appearing by and through their attorney of record, Dominic Gentile, Esq.

1

and Margaret W. Lambrose, Esq. of the law firm Gordon Silver; the Court having heard arguments of counsel and having reviewed the papers and pleadings on file in this action, with good cause appearing and no just reason for delay, hereby makes the following findings and ruling:

1. Pursuant to the Final Order of Forfeiture (#242) entered on October 15, 2008, Kirk and Amy Henry are entitled to priority over the Internal Revenue Service as to restitution payments by Defendant Rick Rizzolo.

2. Kirk and Amy Henry have priority over the Internal Revenue Service as to all proceeds from the sale of Lions Limited Partnership's interest in the entity TEZ Real Estate LP; a business venture in Philadelphia, PA entered into by Lions Limited Partnership and the Piazza Family Limited Partnership.

3. Kirk and Amy Henry's priority interest includes all funds in the possession of the Piazza Family Limited Partnership being held for or due to Lions Limited Partnership.

It is, therefore, hereby ORDERED AND ADJUDGED that:

A. Defendant Rick Rizzolo shall arrange for payments being held for or due to Lions Limited Partnership to be paid to Kirk and Amy Henry.

B. Defendant Rick Rizzolo shall not take any action, directly or indirectly or through any agents or anyone else acting on his behalf, to hinder the payments of the funds being held for or due to Lions Limited Partnership to Kirk and Amy Henry in partial satisfaction of his restitution obligation to them.

C. The Piazza Family Limited Partnership will transfer the money being held for Lions Limited Partnership in a Bank of America account in Philadelphia, PA to Kirk and Amy Henry forthwith.

D.   The Piazza Family Limited Partnership will promptly transfer all future monthly payments due to Lions Limited Partnership to Kirk and Amy Henry.

DATED this _27th day of October, 2011.

*[signature]*
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE